IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JOY WOODY, an individual,<br><br>Plaintiff,<br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and/or ALLSTATE INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No.<br><br>Skagit County Superior Court<br>Cause No. 23-2-00839-29<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 USC §§1332, 1441 AND 1446**<br><br>(<u>Clerk's Action Required</u>) |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant, Allstate Fire and Casualty Insurance Company (hereinafter "Allstate"), hereby removes to this Court, the state court action described below, pursuant to 28 U.S.C. §1332, 28 U.S.C. §1441 and 28 U.S.C. §1446.

**NOTICE IS HEREBY GIVEN** that the filing of this Notice of Removal does not constitute waiver of any of Allstate's available affirmative defenses. To that end, Allstate does not waive, and expressly reserves, any and all available affirmative defenses in this matter, and which Allstate intends to plead in its Answer and Affirmative Defenses, including but not limited to any and all available affirmative CR 12(b) defenses.

No.
**NOTICE OF REMOVAL PURSUANT TO 28 USC §§1332, 1441 AND 1446 - 1**

WATHEN | LEID | HALL | & RIDER P.C.
222 Etruria Street
Seattle Washington 98109
Phone: 206-622-0494 Fax: 206-587-2476

In support thereof, Allstate states as follows:

**STATEMENT OF THE CASE**

1. On or about October 23, 2023, Plaintiff, Joy Woody ("Plaintiff"), filed a civil action against Allstate in the Superior Court of the State of Washington for King County, which was assigned cause number 23-2-00839-29. True and correct copies of the Complaint and Summons filed in Skagit County Superior Court on October 23, 2023, are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

2. On or about October 23, 2023, Plaintiff filed a Complaint. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed October 23, 2023.

3. On or about January 3, 2024, the insurance commissioner was served with copies of the Summons, Complaint, and IFCA Notification and accepted service on behalf of Allstate. Attached as **Exhibit E** is a true and correct copy of the Proof of Service.

**COMPLETE DIVERSITY EXISTS**

4. Allstate Fire and Casualty Insurance Company is a foreign insurance company incorporated in the State of Delaware with its principal place of business in the State of Illinois. Defendant Allstate is licensed to conduct insurance business in the State of Washington. For purposes of determining diversity jurisdiction under 28 U.S.C. §1332, Allstate is an Illinois resident.

5. Plaintiff is purportedly a resident of Skagit County, State of Washington. *See*, **Exhibit A**, ¶1.1. For diversity purposes, Plaintiff is a Washington citizen.

6. Complete diversity of jurisdiction exists between the Plaintiff and Defendant in this lawsuit.

No.
**NOTICE OF REMOVAL PURSUANT TO 28 USC §§1332, 1441 AND 1446 - 2**

WATHEN | LEID | HALL | & RIDER P.C.
222 Etruria Street
Seattle Washington 98109
Phone: 206-622-0494 Fax: 206-587-2476

**THE AMOUNT IN CONTROVERSY EXCEEDS $75,000**

7.  The removing Defendant bears the burden of establishing by a preponderance of the evidence that the amount in controversy exceeds the jurisdictional amount. *Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996).

8.  The Complaint alleges Plaintiff is entitled to Underinsured Insurance benefits under a policy of insurance issued by Allstate, policy 807 144 252. *See,* **Ex. A,** ¶3.10.

9.  The subject policy provides underinsured motorist coverage in the amount of $100,000 per person/ $300,000.00 per occurrence for bodily injury and $50,000 per occurrence for property damage, subject to the terms and conditions of the Policy. *See* **Exhibit. F**, (Policy Declaration).

10. In the complaint, Plaintiff alleges she is entitled to a money judgment for all causes of actions pled to include, UIM, Breach of Contract, Violations of WAC 284-30-330, 360 and 370, CPA Violations, Bad Faith, IFCA and treble damages. *See* **Exhibit A.**

11. Plaintiff further alleges that she is entitled to reasonable attorneys fees and pre-judgment interest on all fixed and liquidated damages where appropriate. *See*, **Ex. A**.

12. In Plaintiff's demand letter dated May 16, 2023, Plaintiff demanded her UIM policy limits of $100,000.

13. Where an underlying statute authorizes an award of attorney's fees, such fees may be included in the amount in controversy. *Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1156 (9th Cir. 1998). A reasonable estimate of attorney's fees likely to be expended throughout the entire litigation is properly included within the amount in controversy. *Miera v. Dairyland Ins. Co.*, 143 F.3d 1337, 1340 (10th Cir. 1998).

No.
**NOTICE OF REMOVAL PURSUANT TO 28 USC §§1332, 1441 AND 1446 - 3**

WATHEN | LEID | HALL | & RIDER P.C.
222 Etruria Street
Seattle Washington 98109
Phone: 206-622-0494 Fax: 206-587-2476

14. After combining the above damages, attorneys' fees, and costs, Defendant has shown, by a preponderance of the evidence, that the amount in controversy requirement for diversity jurisdiction is met. There is no question that Plaintiff seeks more than the jurisdictional minimum of $75,000.00. The jurisdictional minimum may be satisfied by claims for breach of contract, all amounts for which Allstate is allegedly liable, attorney fees, and exemplary damages. See *Bell v. Preferred Life Assurance Soc'y*, 320 U.S. 238, 64 S. Ct. 5, 88 L. Ed. 15 (1943); *Kroske v. U.S. Bank Corp.*, 432 F.3d 976, 980 (9th Cir. 2005); *Gibson v. Chrysler Corp.*, 261 F.3d 927, 949 (9th Cir. 2001); *Galt v. Scandinavia*, 142 F.3d 1150, 1155-56 (9th Cir. 1998).

## JURISDICTION

15. For purposes of determining jurisdiction under 28 U.S.C. § 1332, Plaintiff is a citizen of the State of Washington. The Allstate entity that issued the policy in question, Allstate Fire and Casualty Insurance Company, is a citizen of Illinois.

16. The amount in controversy exceeds $75,000.00, exclusive of interest.

17. This Court, therefore, has jurisdiction pursuant to 28 U.S.C. § 1332 and removal is proper pursuant to 28 U.S.C. § 1441.

## VENUE REQUIREMENT IS MET

18. Venue in this Court is proper under 28 U.S.C. § 1446(a) because this Court is the United State District Court for the district and division corresponding to the place where the state-court action was pending.

## THE REMOVAL IS TIMELY

19. 28 U.S.C. § 1446(b) provides in relevant part that:

No.
**NOTICE OF REMOVAL PURSUANT TO 28 USC §§1332, 1441 AND 1446 - 4**

WATHEN | LEID | HALL | & RIDER P.C.
222 Etruria Street
Seattle Washington 98109
Phone: 206-622-0494 Fax: 206-587-2476

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . .

See 28 U.S.C. § 1446(b).

20. Allstate was formally served on January 3, 2024, via proper service of the Summons and Complaint on the Office of the Insurance Commissioner. *See* **Ex. E**. This Notice of Removal satisfies the timing requirements of § 1446(b) because Allstate has filed this Notice of Removal within 30 days of having been served with the Summons and Complaint. The time for removal does not begin to run until the removing defendant is formally served with process. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48, 354 (1999).

21. Therefore, this Notice, filed on January 16, 2024, is timely pursuant to 28 U.S.C. § 1446(b).

**INTRADISTRICT ASSIGNMENT**

22. Pursuant to Local Rule 3(e) for the United States District Court for the Western District of Washington, this case should be assigned to the Seattle Division because the case is removed from Skagit County Superior Court. Plaintiff's Complaint further states that she is a Resident of Skagit County, **Exhibit A**, ¶1.1.

**FILING OF REMOVAL PAPERS**

23. In Compliance with 28. U.S.C. § 1446(a), attached hereto as **Exhibits A through F,** are true and correct copies of all processes, pleadings, and orders served on or otherwise provided to Allstate in the King County Superior Court Case No. 23-2-20734-3 SEA, to date:

  A. Complaint filed October 23, 2023;

  B. Summons, filed October 23, 2023;

No.
**NOTICE OF REMOVAL PURSUANT TO 28 USC §§1332, 1441 AND 1446 - 5**

WATHEN | LEID | HALL | & RIDER P.C.
222 Etruria Street
Seattle Washington 98109
Phone: 206-622-0494 Fax: 206-587-2476

|   |   |   |
|---|---|---|
| | C. | Case Information Sheet filed October 23, 2023; |
| | D. | Certification of Mailing 20-Day Notification, filed November 30, 2023. |
| | E. | Notice of Appearance for Allstate filed on January 10, 2024. |
| | F. | Proof of Service, filed on January 10, 2024. |
| | G. | Certified Policy Declaration. |
| | H. | Skagit County Superior Court Docket No. 23-2-00839-29. |

24. Pursuant to 28 U.S.C. § 1446(d), notice of this removal will be filed with the Clerk of the King County Superior Court of the State of Washington in case number No. 23-2-00839-29, and notice will be provided to Joy Woody, Plaintiff, and David W. Robinson Plaintiff's attorney of record. A copy of that Notice is attached as **Exhibit I**.

25. If any question arises regarding the proprietary of this removal, Allstate respectfully requests the opportunity to present further briefing and/or oral argument in support of its position that this action is removable.

### CONCLUSION

**WHEREFORE**, Allstate respectfully requests that the above-captioned action be removed from Skagit County Superior Court of the State of Washington and that this Court assume full jurisdiction over this action, to the exclusion of any further proceedings in the state court.

///

///

///

///

No.
NOTICE OF REMOVAL PURSUANT
TO 28 USC §§1332, 1441 AND 1446 - 6

WATHEN | LEID | HALL | & RIDER P.C.
222 Etruria Street
Seattle Washington 98109
Phone: 206-622-0494 Fax: 206-587-2476

DATED this 19TH day of January 2024.

          **WATHEN | LEID | HALL | & RIDER, P.C.**

          *s/ Rory W. Leid, III*
          Rory W. Leid, III, WSBA #25075

          *s/ William L. Weber III*
          William L. Weber III, WSBA #28867
          *Attorneys for Allstate*
          222 Etruria Street
          Seattle, WA  98109
          Tel: (206) 622-0494 | Fax: (206) 587-2476
          rleid@wlhr.legal | wweber@wlhr.legal
          gfillis@wlhr.legal

No.
**NOTICE OF REMOVAL PURSUANT TO 28 USC §§1332, 1441 AND 1446 - 7**

**WATHEN | LEID | HALL | & RIDER P.C.**
222 Etruria Street
Seattle Washington 98109
Phone: 206-622-0494 Fax: 206-587-2476

## CERTIFICATE OF SERVICE

On the date given below, I caused the foregoing to be filed using the USDC Pacer e-Filing application, and I caused to be served a true and correct *copy* on the following individual(s) in the manner indicated:

| **Counsel for Plaintiff:**<br>David W. Robinson, WSBA #3780<br>ROBINSON & KOLE, P.S., Inc.<br>911 Dupont<br>Bellingham, WA  98225<br>T : 360 671 8112 \| F : 360 671 1971 | **Via ECF**<br>**Via Facsimile**<br>**Via US Mail** |
|---|---|

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 19TH day of January 2024, at Seattle, Washington.

*s/Silinda Conn*
Silinda Conn, Legal Assistant
sconn@wlhr.legal

No.
**NOTICE OF REMOVAL PURSUANT TO 28 USC §§1332, 1441 AND 1446 - 8**

WATHEN | LEID | HALL | & RIDER P.C.
222 Etruria Street
Seattle Washington 98109
Phone: 206-622-0494 Fax: 206-587-2476