THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOY WOODY,<br><br>       Plaintiff,<br><br>   v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, *et al.*,<br><br>       Defendants. | CASE NO. C24-0085-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal (Dkt. No. 17). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED. The Clerk is DIRECTED to close this case.

//

//

//

//

MINUTE ORDER
C24-0085-JCC
PAGE - 1

DATED this 12th day of August 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk